# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA; et seq.**
**Plaintiff (Petitioner)**

**CASE and/or DOCKET No.: 16-02383**

Sheriff's Sale Date: _____

v.

**LESLIE JENNINGS, ADMINISTRATRIX OF THE ESTATE OF RACHEL F. BOOSE, DECEASED; et al.**
**Defendant (Respondent)**

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, DENISE HINKLE, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served LESLIE JENNINGS, ADMINISTRATRIX OF THE ESTATE OF RACHEL F. BOOSE, DECEASED the above process on the 14 day of February, 2017, at 1:15 o'clock, PM, at 699 Sawyer Rd Columbia Cross Roads, PA 16914 8082, County of Bradford, Commonwealth of Pennsylvania:

**Manner of Service:**

[✓] By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

[ ] By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

[ ] By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

* Name: SHIRLEY JENNING
Relationship/Title/Position: MOTHER
Remarks: _____
Description: Approximate Age 81-90  Height 5'2  Weight 180  Race WHITE  Sex FEMALE  Hair WHITE
Military Status: [✓] No  [ ] Yes  Branch: _____

Commonwealth/State of _Pa_____ )
                                ) SS:
County of _Berks_____           )

Before me, the undersigned notary public, this day, personally, appeared _Denise Hinkle_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-162224
Case ID #: 4815532

Subscribed and sworn to before me
this _16_ day of _Feb_____, 20_17_

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017