UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　Plaintiff<br>　　v.<br>LESLIE JENNINGS, Administratrix of the Estate of Rachel F. Boose Deceased<br>　　　　　Defendant | Civil Action No: 16-02383 |

## DEFAULT

AND NOW, this __16th__ day of __March__, 2017, default is hereby entered against defendant, LESLIE JENNINGS, Administratrix of the Estate of Rachel F. Boose Deceased for failure to answer, plead or otherwise defend against the Complaint, pursuant to Federal Rule of Civil Procedure 55(a).

　　　　　　　　　　　　　　　　　　　Peter Welsh, Acting
　　　　　　　　　　　　　　　　　　　Clerk, U.S. District Court

　　　　　　　　　　　　　　　　　　　L. Gonsalves, deputy
　　　　　　　　　　　　　　　　　　　Deputy Clerk