## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:16-cv-02383 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| LESLIE JENNINGS, as Administratrix | : | |
| of the Estate of Rachel F. Boose, | : | |
| Deceased, | : | |
| | : | |
| Defendant. | : | |

## NOTICE AND ORDER TO SHOW CAUSE

**AND NOW**, this 6th day of April, 2017, in recognition that:

1.      On November 30, 2016, Plaintiff, the United States of America, filed its Complaint in this action against the Defendant, Leslie Jennings, as Administratrix of the Estate of Rachel F. Boose, Deceased, ECF No. 1;

2.      On February 14, 2017, service of the operative Summons and Complaint was personally made upon the Defendant's mother, Shirley Jennings, who was an adult family member with whom the

Defendant resided, in accordance with Federal Rule of Civil

Procedure 4(e), ECF No. 4;

3.      The Defendant has failed to timely answer Plaintiff's Complaint;

4.      On March 16, 2017, the Clerk of Court entered Default as to the

Defendant, ECF No. 9;

5.      On March 16, 2017, Plaintiff moved for entry of Default Judgment as

to the claims advanced in its Complaint against the Defendant, ECF

No. 6;

6.      The Defendant has failed to respond to Plaintiff's Motion for Default

Judgment within the time period set forth in the Local Rules;

7.      The Defendant has failed to make an appearance in this action;

8.      Plaintiff's claim is for $169,516.40 plus interest accruing upon the

unpaid balance from June 3, 2016 at the daily rate of $17.65 due on a

June 6, 2006 loan from the United States Department of Agriculture

in the principal amount of $141,890.00, ECF No. 1 at 1–2;

9.   Accordingly, Plaintiff's claim "is for a sum certain or a sum that can be made certain by computation" as contemplated by Federal Rule of Civil Procedure 55(b)(1); and

10.  Counsel for Plaintiff swears that, upon reasonable investigation, the Defendant is not believed to be presently in the military service of the United States, and in fact, the underlying borrower is deceased; ECF No. 1 at 2 & ECF No. 8;

**IT IS HEREBY ORDERED** that the Defendant, within twenty-one (21) days of this Notice and Order to Show Cause and no later than **April 27, 2017 at 5:00 p.m.**, shall **SHOW CAUSE** as to why this Court should not grant Plaintiff's Motion for Default Judgment. In the event that the Defendant fails to show cause, the Defendant is **NOTICED** that this Court will grant Plaintiff's Motion for Default Judgment in full and will immediately award Plaintiff the entirety of the relief it seeks.

**IT IS FURTHER ORDERED** that the Clerk of Court mail a copy of this Order to the Defendant at the following three addresses:

**Leslie Jennings**
**Administratrix of the Estate of Rachel F. Boose, Deceased**
**699 Sawyer Rd**
**Columbia Cross Roads, PA 16914**

**Leslie Jennings**
**Administratrix of the Estate of Rachel F. Boose, Deceased**
**RR2 Box 181B a/k/a 5507 Berwick Turnpike**
**Columbia Cross Roads, PA 16914**

**Leslie Jennings**
**Administratrix of the Estate of Rachel F. Boose, Deceased**
**PO Box 22**
**Columbia Crossroads, PA 16914**

BY THE COURT:


s/ Matthew W. Brann
Matthew W. Brann
United States District Judge