# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:16-cv-02383 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| LESLIE JENNINGS, as Administratrix of the Estate of Rachel F. Boose, Deceased, | : | |
| Defendant. | : | |

## MEMORANDUM

**May 3, 2017**

**<u>FINDINGS</u>**:

1. On November 30, 2016, Plaintiff, the United States of America, filed its Complaint in this action against the Defendant, Leslie Jennings, as Administratrix of the Estate of Rachel F. Boose, Deceased, ECF No. 1;

2. On February 14, 2017, service of the operative Summons and Complaint was personally made upon the Defendant's mother, Shirley Jennings, who was an adult family member with whom the

Defendant resided, in accordance with Federal Rule of Civil Procedure 4(e), ECF No. 4;

3. The Defendant has failed to timely answer Plaintiff's Complaint;

4. On March 16, 2017, the Clerk of Court entered Default as to the Defendant, ECF No. 9;

5. On March 16, 2017, Plaintiff moved for entry of Default Judgment as to the claims advanced in its Complaint against the Defendant, ECF No. 6;

6. The Defendant has failed to respond to Plaintiff's Motion for Default Judgment within the time period set forth in the Local Rules;

7. The Defendant has failed to make an appearance in this action;

8. Plaintiff's claim is for $169,516.40 plus interest accruing upon the unpaid balance from June 3, 2016 at the daily rate of $17.65 due on a June 6, 2006 loan from the United States Department of Agriculture in the principal amount of $141,890.00, ECF No. 1 at 1–2;

9. Accordingly, Plaintiff's claim "is for a sum certain or a sum that can be made certain by computation" as contemplated by Federal Rule of Civil Procedure 55(b)(1);

10. Counsel for Plaintiff swears that, upon reasonable investigation, the Defendant is not believed to be presently in the military service of the United States, and in fact, the underlying borrower is deceased; ECF No. 1 at 2 & ECF No. 8;

11. On April 4, 2017, this Court issued a Notice and Order to Show Cause, ECF No. 10, directing as follows:

    **IT IS HEREBY ORDERED** that the Defendant, within twenty-one (21) days of this Notice and Order to Show Cause and no later than April 25, 2017 at 5:00 p.m., shall **SHOW CAUSE** as to why this Court should not grant Plaintiff's Motion for Default Judgment. In the event that the Defendant fails to show cause, the Defendant is **NOTICED** that this Court will grant Plaintiff's Motion for Default Judgment in full and will immediately award Plaintiff the entirety of the relief it seeks.

12. In that same Order, I directed the Clerk of Court to mail a copy of the same to the Defendant at the following addresses of record:

>**Leslie Jennings**
>**Administratrix of the Estate of Rachel F. Boose, Deceased**
>**699 Sawyer Rd**
>**Columbia Cross Roads, PA 16914**
>
>**Leslie Jennings**
>**Administratrix of the Estate of Rachel F. Boose, Deceased**
>**RR2 Box 181B a/k/a 5507 Berwick Turnpike**
>**Columbia Cross Roads, PA 16914**
>
>**Leslie Jennings**
>**Administratrix of the Estate of Rachel F. Boose, Deceased**
>**PO Box 22**
>**Columbia Crossroads, PA 16914**

13. The Clerk mailed a copy of the Notice and Order to Show Cause as directed;

14. As of today's date, no response has been received from the Defendant.

## CONCLUSION:

The Plaintiff, the **UNITED STATES OF AMERICA**, is entitled to the entry of default judgment, the Defendant, **LESLIE JENNINGS, as Administratrix of the Estate of Rachel F. Boose, Deceased**, having failed to show cause and having been noticed that this Court will grant Plaintiff's Motion for Default Judgment in

full and will immediately award Plaintiff the entirety of the relief it seeks in the event of such failure. Accordingly, Plaintiff's Motion for Default Judgment, ECF No. 6, is **GRANTED**. An appropriate Order shall issue.

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge