# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>                    Plaintiff<br>        v.<br><br>LESLIE JENNINGS, Administratrix of the<br>Estate of Rachel F. Boose Deceased<br>                    Defendant | Civil Action No: 16-02383 |

## ORDER

AND NOW, this 8th day of December 2017, upon consideration of Plaintiff's Motion which states that notice has been given to all lien holders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby

## ORDERED

1. That the public sale held on November 01, 2017 is hereby confirmed and the interest of all lien holders are divested.

2. That the Marshal is ordered and directed to execute and deliver to United States Department of Agriculture, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title and interest of LESLIE JENNINGS, Administratrix of the Estate of Rachel F. Boose Deceased in and to the premises sold located at RR2 Box 181B a/k/a 5507 Berwick Turnpike, Columbia Cross Roads, PA 16914.

3. The Deed shall be recorded by the Purchaser within thirty (30) days of its delivery to the Purchaser by the Marshal. The Purchaser is solely responsible for payment of all recording charges and expenses.

4. That jurisdiction is retained for such further orders or decrees as may be necessary.

*s/ Matthew W. Brann*
                                                                 J.